892

No. 89–225. ROSENTHAL ET AL. v. VERLIN. Super. Ct. Pa. Certiorari denied.

No. 89–227. BROWN v. VIAL, HAMILTON, KOCH & KNOX ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–229. LYONS ET AL. v. RHODE ISLAND PUBLIC EMPLOYEES COUNCIL 94 ET AL. Sup. Ct. R. I. Certiorari denied.

No. 89–232. PORT CLINTON FISH CO. v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 89–233. GRAND LODGE OF TEXAS (ANCIENT, FREE, AND ACCEPTED MASONS), AS TRUSTEE FOR MASONIC HOME AND SCHOOL OF TEXAS, ET AL. v. GANT. C. A. 10th Cir. Certiorari denied.

No. 89–235. POLLY v. HOWELL CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–236. COASTAL PETROLEUM CO. v. INTERNATIONAL MINERALS & CHEMICAL CORP. C. A. 11th Cir. Certiorari denied.

No. 89–238. HADLEY v. HADLEY. Ct. App. Wash. Certiorari denied.

No. 89–240. KOHL, BY HIS PARENTS AND GUARDIANS, KOHL ET UX. v. WOODHAVEN LEARNING CENTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–241. HULSEY v. USAIR, INC. C. A. 5th Cir. Certiorari denied.

No. 89–248. TYLER v. YTURRI ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–250. BLUE CROSS & BLUE SHIELD OF MARYLAND, INC. v. WEINER, PERSONAL REPRESENTATIVE OF THE ESTATE OF WEINER, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–252. CLYDE v. NEVADA. Sup. Ct. Nev. Certiorari denied.